**Michel Andre DUKES, Plaintiff— Appellant,**

v.

**Detective M.R. RICHARDS, Defendant—Appellee.**

**No. 09–7711.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2009.

Decided: Feb. 24, 2010.

Michel Andre Dukes, Appellant Pro Se. Scott Christopher Hart, Sumrell, Sugg, Carmichael, Hicks & Hart, PA, New Bern, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michel Andre Dukes appeals the district court's order granting the Defendant summary judgment on Dukes' 42 U.S.C. § 1983 (2006) claims against him. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Dukes v. Richards*, No. 5:06–ct–03094–D (E.D.N.C. Aug. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*